IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY LEE LOUCK | ) |
| | ) |
| v. | ) NO. 3-14-1385 |
| | ) JUDGE CAMPBELL |
| SOCIAL SECURITY | ) |
| ADMINISTRATION | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 15), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 12), to which the Plaintiff filed no response, is GRANTED, and this action is DISMISSED. The Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE